JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

JS-6

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 12-9396 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Soledad E. Dres, aka Soledad E. Umpaiboon, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Soledad E. Dres, aka Soledad E. Umpaiboon, in the principal amount of $1,111.03 plus interest accrued to October 29, 2012, in the sum of $2,250.37; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$3,361.40**.

DATED: 1/7/2013                    By: TERRY NAFISI
                                        Clerk of the Court

                                        /s/ Jenny Lam
                                        Deputy Clerk
                                        United States District Court

Page 5